**Order filed, May 10, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00299-CV

_____

**WOODY K. LESIKAR AS EXECUTOR OF THE ESTATE OF WOODROW V. LESIKAR AND WOODY K. LESIKAR AS TRUSTEE OF THE WOODROW V. LESIKAR FAMILY TRUST AND WOODY K. LESIKAR AS TRUSTEE OF THE WOODY K. LESIKAR SPECIAL TRUST, Appellant**

**V.**

**CAROLYN ANN LESIKAR MOON, INDIVIDUALLY AND AS TRUSTEE OF THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, Appellee**

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 56710**

## ORDER

The reporter's record in this case was due **May 05, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Robin Rios**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM